**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6748**

---

GEORGE THAYER DIGGS, JR.,

                                 Petitioner - Appellant,

        versus

SHERIFF, County of James City,

                                 Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, District Judge.  (CA-01-201-3)

---

Submitted:  July 18, 2002          Decided:  July 25, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard Earl Hill, Jr., LAW OFFICE OF RICHARD E. HILL, JR., Williamsburg, Virginia, for Appellant.  Jacqueline Guess Epps, MORRIS & MORRIS, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Thayer Diggs, Jr., seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's memorandums and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Diggs v. Sheriff, No. CA-01-201-3 (E.D. Va. Apr. 10 & 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED